JUNE TERM, 1867.          295

Overseers of the Poor of Tewksbury ads. Sutton.

OVERSEERS OF THE POOR OF THE TOWNSHIP OF TEWKS-
BURY ADS. EMANUEL SUTTON.

A recognizance must be entered into with sufficient securities before a
*certiorari* can be allowed in a bastardy case.

In matter of practice.

*B. Van Syckel*, for the overseers, moved to quash the *certiorari* issued in this case, on the ground that no recognizance was entered into by the plaintiff, on the issuing of the writ.

The opinion of the court was delivered by

ELMER, J. This is a bastardy case, in which a *certiorari* was allowed by a justice of this court, at his chambers, before the late act authorizing such writs in all cases, and without the recognizance prescribed by the fourth section of the act to regulate the issuing of writs of *certiorari*. *Nix. Dig.* 93.*

We are of opinion that the writ was of such a character that it might properly have been allowed by a justice out of court; but we think he ought to have required a recognizance. Inasmuch, however, as the practice in this matter appears to have heretofore been unsettled, we think it best to decline quashing the writ for this defect, provided the prosecutor shall enter into a proper recognizance, and cause the same to be filed within sixty days. It must be understood that hereafter writs of *certiorari*, in bastardy cases, are not to be allowed, unless the prosecutor enters into a recognizance, with sufficient securities, as required by the statute.

Motion denied.

* *Rev., p.* 98, § 7